PEOPLE v JUNCO, No. 137565; Court of Appeals No. 279731.

PEOPLE v TERENCE PEOPLES, No. 137567; Court of Appeals No. 285415.

PEOPLE v MEEK, No. 137570. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 285533.

PEOPLE v HUMBERT, No. 137571. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283942.

CHABIAA v CHABIAA, No. 137575; Court of Appeals No. 279419.

PEOPLE v HENDLEY, No. 137578. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). Court of Appeals No. 284940.

PEOPLE v CLINTON, No. 137580; Court of Appeals No. 287036.

PEOPLE v BURSLER, No. 137592; Court of Appeals No. 277473.

PEOPLE v PERRIN, No. 137616. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 284105.

STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY v A-3, INC, No. 137625; Court of Appeals No. 276535.

PEOPLE v MARSHALL, No. 137634; Court of Appeals No. 287108.

PEOPLE v GOOSBY, No. 137647; Court of Appeals No. 278796.

PEOPLE v PARIS, No. 137649; Court of Appeals No. 278571.

BUCKLEY v PROFESSIONAL PLAZA CLINIC CORPORATION, No. 137670; reported below: 281 Mich App 224.

CHAMPION v SECRETARY OF STATE, No. 137690; reported below: 281 Mich App 307.

WAR-AG FARMS, LLC v FRANKLIN TOWNSHIP, No. 137692; Court of Appeals No. 270242.

PEOPLE v GEISE, No. 137696; Court of Appeals No. 280814.

PEOPLE v REDDRICK, No. 137700; Court of Appeals No. 287610.

PEOPLE v TRIPLETT, No. 137721; Court of Appeals No. 279969.

PEOPLE v McHENRY, No. 137728; Court of Appeals No. 279071.

PEOPLE v GORECKI, No. 137739; Court of Appeals No.277448.
KELLY, C.J. I would grant leave to appeal to reconsider *People v Taylor*, 482 Mich 368 (2008).

PEOPLE v FLETCHER, No. 137775; Court of Appeals No. 274069.

PEOPLE v HOWARD, No. 137778; Court of Appeals No. 287609.